## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEBORAH D. FLETCHER )
)
Plaintiff, )
)
v. ) Civil Action No. 17-2283 (UNA)
)
EDIE SPROOL, )
)
Defendant. )

**FILED**

DEC - 4 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff purportedly brings "Assault, Libet [sic] & Slander" claims. Compl. at 1.

Missing from the complaint, which appears to be grounded in tort law, are factual allegations

showing plaintiff's entitlement to relief and a statement regarding this Court's federal

jurisdiction. As drafted, plaintiff's complaint does not meet the minimal pleading requirements

set forth in Rule 8(a). The Court will dismiss the complaint without prejudice.

An Order is issued separately.

_____
United States District Judge

DATE: November 30th, 2017